UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMMY VELEZ,

                         Plaintiff,

      -v -

NEW YORK CITY CORRECTIONS
DEPARTMENT, *et al.*,

                         Defendants.

21-CV-3444 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      Plaintiff was directed to file an amended complaint on or before January 7, 2022 (Dkt. No. 16) but has not done so.  Plaintiff is directed to file an amended complaint on or before February 3, 2022.  Failure to do so will result in a dismissal of this action without prejudice for failure to prosecute.

      SO ORDERED.

Dated: January 19, 2022
       New York, New York

                                              J. PAUL OETKEN
                                            United States District Judge