UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY VELEZ,<br><br>                              Plaintiff,<br><br>            -v -<br><br>NEW YORK CITY CORRECTIONS DEPARTMENT, *et al.*,<br>                              Defendants. | 21-CV-3444 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

Plaintiff's amended complaint is hereby deemed filed as of February 2, 2022.

Defendants are directed to answer or otherwise respond to the amended complaint on or before April 1, 2022.

    SO ORDERED.

Dated:  March 18, 2022
        New York, New York

_____
J. PAUL OETKEN
United States District Judge