UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMMY VELEZ,

                   Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

                   Defendant.

21-CV-3444 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiff Jimmy Velez initiated this action when, through counsel, he filed the instant Complaint on April 19, 2021. (*See* Dkt. No. 1.) Service on Defendants occurred on August 10, 2021. (*See* Dkt. No. 7.) On June 1, 2022, Defendants moved to dismiss the Complaint. (*See* Dkt. No. 29.) However, to date, Plaintiff has failed to respond to that motion.

    If Plaintiff fails to respond to Defendants' Motion to Dismiss (Dkt. No. 29) on or before February 8, 2023, Plaintiff will forfeit the right to contest the Motion to Dismiss, and the Court will consider the motion unopposed.

    SO ORDERED.

Dated: January 18, 2023
       New York, New York

                                                    J. PAUL OETKEN
                                                    United States District Judge